UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re::                                                         Chapter 7

GEORGE DOMNING and                              CASE NO. 8:18-bk-01573-RCT
JOAN DOMNING,

Debtors.
_____/

## APPLICATION TO EMPLOY REAL ESTATE MANAGEMENT COMPANY, RETROACTIVE TO FEBRUARY 28, 2018

Dawn A. Carapella, Chapter 7 Trustee, for the Estate of George Domning and Joan Domning, files this Application to Real Estate Management Company Retroactive to February 28, 2018, and states:

1. On February 28, 2018, the Debtors, George Domning and Joan Domning, filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

2. I am the duly appointed, qualified and acting Trustee for this estate.

3. The assets of the estate include rental income derived from surrendered real property located at 1334 Autumn Breeze Circle, Gulf Breeze, FL 32563 (the "Residence").

4. Pre-petition, on April 11, 2017, the Debtors leased the Residence to a tenant for a period of two years, pursuant to written Leases. True and correct copies of the Leases are attached hereto.

5. Pre-petition, in February 17, 2017, the Debtors entered into a management agreement with Beverly Johanson and Real Estate House, Inc. (together, "Real Estate House"), pursuant to which Real Estate House maintained and leased the Residence on behalf of the Debtors.

6. After the Petition Date, Real Estate House collected rent from the tenants living at the Residence without knowledge of the pending bankruptcy case. Specifically, Real Estate House collected rent in the amount of $2,000.00 on March 1, 2018 and $2,000.00 on April 2, 2018. Real

Estate House will file an application for payment of administrative expenses for its management fee of $400.00 for post-petition services provided in March and April 2018.

7. Based upon the supporting Affidavit attached hereto, Real Estate House is a disinterested person within the meaning of 11.U.S.C. §101(14), approval of this Application is in the best interest of the estate and accordingly, it is appropriate to employ Real Estate House in accordance with to 11 U.S.C. §327(a).

8. Real Estate House is aware of the provisions of 11 U.S.C §328 and has agreed, notwithstanding the terms and conditions of employment set forth, that the Court may allow compensation different from the compensation provided herein if such terms and conditions prove to have been improvident in light of developments unable to be anticipated at the time of fixing of such terms and conditions.

**WHEREFORE**, the Trustee respectfully requests that this Application be approved and that the Trustee be authorized to employ Real Estate House as the Trustee's real estate management company on the terms and conditions contained in the Application.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 8, 2018 a true and correct copy of the foregoing Application has been provided by electronic system or U.S. Mail to **Debtors: George, Domning and Joan, Domning**, 4906 W. Cleveland St., Tampa, FL  33609; **Debtors' Counsel: Christopher F. Ikerd, Esq.**, Suncoast Law Group, PLLC 3000 Gulf to Bay Blvd., Suite 306 Clearwater, FL 33759; **Office of the United States Trustee** at USTPRegion21.TP@USDOJ.GOV; and Beverly Johanson, Real Estate House, Inc., 3254 Fordham Parkway, gulf Breeze, FL  32563.

/s/ Dawn A. Carapella
DAWN A. CARAPELLA
Chapter 7 Trustee
P.O. Box 67
Valrico, FL 33595-0067
Dcarapellatrustee@gmail.com

-2-

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re::                                                              Chapter 7

GEORGE DOMNING and                 CASE NO. 8:18-bk-01573-RCT
JOAN DOMNING,

      Debtors.
_____/

## **DECLARATION OF PROPOSED REAL ESTATE PROPERTY MANAGER**

I, Beverly Johanson, declare under penalty of perjury pursuant to the provisions of 28 U.S.C. Section 1746, that the following statements are true and correct.

1. I am a licensed real estate broker/realtor with The Real Estate House, Inc.

2. My real estate office is located in Gulf Breeze, Florida.

3. I have extensive experience in managing residential real estate in the area in which the subject real property is located.

4. I will render services, subject to the Court's approval and appointment, for the Trustee in the above-styled case.

5. I have not and will not agree to share my compensation for said services with any person.

6. Neither I nor any other agent with The Real Estate House, Inc. is a creditor, equity holder or insider and have not within 2 years been a director, officer or employee of the debtor, except that after the Petition Date, Real Estate House collected rent from the tenants living at the Residence without knowledge of the pending bankruptcy case. Specifically, Real Estate House collected rent in the amount of $2,000.00 on March 1, 2018 and $2,000.00 on April 2, 2018. Real Estate House will file an

application for payment of administrative expenses for its management fee of $400.00 for post-petition services provided in March and April 2018.

7. Neither I nor any agent with The Real Estate House, Inc. have any interest materially adverse to interest of the estate or any class of creditors or security holders, by reason of direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

8. Neither I nor any other agent with The Real Estate House, Inc. have any connections with the Debtors, creditors, or any other party in interest, their respective attorneys or professionals, the United States Trustee, or any other person employed in the Office of the United States Trustee, except as set forth below:

    a. Prior to the filing of the above-captioned bankruptcy case, George Domning and Joan Domning entered into a management agreement with The Real Estate House for the management of the Residence.

    b. I reviewed the creditor matrix for this case. Certain entities scheduled as creditors in this case may be creditors of mine.

Signed under penalty of perjury on 4/18/2018 .

By: _____
Beverly Johanson
Broker/Realtor
The Real Estate House
3254 Fordham Parkway
Gulf Breeze, FL  32563