ORDERED.

Dated: May 10, 2018

_____
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

GEORGE DOMNING,
JOAN DOMNING

      Debtors.
_____/

Case No. 8:18-bk-01573-RCT
Chapter 7

**ORDER APPROVING APPLICATION TO EMPLOY REAL ESTATE MANAGEMENT COMPANY, RETROACTIVE TO FEBRUARY 28, 2018**
**(DOC NO. 23)**

THIS CASE came on for consideration without hearing upon the Chapter 7 Trustee's Application to Employ Real Estate Management Company, Retroactive to February 28, 2018 (the "Application"). The Court reviewed the Application and the record and finds that the Application should be approved. Accordingly, it is

**ORDERED**:

1. The Application is approved.

2. The Trustee is authorized to employ Beverly Johanson and Real Estate House, Inc. for the purposes set forth in the Application.

3. No fees will be paid absent prior application and approval of the Court in accordance with Section 330 of the Bankruptcy Code.

Dawn A. Carapella, Trustee, is directed to serve a copy of this Order on interested parties and file a proof of service within three (3) days of entry of the Order.