

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

05/22/2018 11:00 AM

COURTROOM   9B

**HONORABLE ROBERTA COLTON**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:18-bk-01573-RCT | 7 | 02/28/2018 |

Chapter 7

**DEBTOR:**   George Domning

Joan Domning

**DEBTOR ATTY:**   Christopher Ikerd

**TRUSTEE:**   Dawn Carapella

**HEARING:**

Motion for Relief from Stay Re: 1334 Autumn Breeze. Contains negative notice. In Rem Filed by Jeffrey S Fraser on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper (Doc #17)
- Trustee's Objection to Motion for Relief from the Automatic Stay (Doc #19)
.

**APPEARANCES::**   RICHARD DAUVAL, SCOTT LEWIS.

**RULING:**
Motion for Relief from Stay Re: 1334 Autumn Breeze. Contains negative notice. In Rem Filed by Jeffrey S Fraser on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper (Doc #17) -   AGREED ORDER BY LEWIS.

- Trustee's Objection to Motion for Relief from the Automatic Stay (Doc #19)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.